428 A.2d 689

Commonwealth v. Daniels, Appellant.

Submitted November 16, 1979. David Metinko, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

428 A.2d 689

Commonwealth v. Denno, Appellant.

Submitted December 6, 1979. Steven E. Speece, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.